IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SKYLER WILLIAM JAMES EARL MULLINS**                            **PLAINTIFF**

V.                         **CASE NO. 5:25-CV-5044**

**BENTON COUNTY DETENTION CENTER**                               **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 12) filed in this case on May 7, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 28th day of May, 2025.

                                    */s/ Timothy L. Brooks*
                                    TIMOTHY L. BROOKS
                                    UNITED STATES DISTRICT JUDGE